UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20578-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCIAL CORDERO,

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant **MARCIAL CORDERO**.

1. In the Information in the above-styled case, the government sought forfeiture of the defendant's interest in any property constituting or derived from any proceeds of, or used to commit, the violation of Title 18, United States Code, Section 1028(b).

2. On July 10, 2008, the defendant pled guilty to Counts 1 and 2 of the Information and the violation of Title 18, United States Code, Section 1028(a) and agreed to forfeit to the United States all of his right, title and interest in the following property as property involved in such violation to the United States:

    a.    Browning Arms Company, pistol, serial number #655RP06974;
    b.    Smith and Wesson, pistol, serial number #VCB7848;
    c.    Astra, pistol, serial number #1324;
    d.    Colt, pistol, serial number #56971

  e. Jennings Fire Arms by Bryco, pistol, serial number 412445;
  f. Colt, pistol, serial number 871296;
  g. Taurus, revolver, serial number MJ91438;
  h. Marlin Fire Arm Co., rifle, serial number 10427698;
  i. Amadeo Rossi, rifle, serial number 907 out of 2000;
  j. Ejercito, pistol, serial number 64699.

Therefore, in consideration of the Plea Agreement between the defendant and the United States, and upon motion of the United States, and for good cause shown thereby, it is hereby:

**ORDERED** that:

1. All right, title and interest of defendant **MARCIAL CORDERO** in:

  a. Browning Arms Company, pistol, serial number #655RP06974;
  b. Smith and Wesson, pistol, serial number #VCB7848;
  c. Astra, pistol, serial number #1324;
  d. Colt, pistol, serial number #56971
  e. Jennings Fire Arms by Bryco, pistol, serial number 412445;
  f. Colt, pistol, serial number 871296;
  g. Taurus, revolver, serial number MJ91438;
  h. Marlin Fire Arm Co., rifle, serial number 10427698;
  i. Amadeo Rossi, rifle, serial number 907 out of 2000;
  j. Ejercito, pistol, serial number 64699,

is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1028(b).

2. Department of Homeland Security agents of the United States, or any duly authorized law enforcement official shall, as soon as practical, seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3. The United States shall cause to be published, at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days

of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States shall provide, to the extent practicable, direct written notice to any persons known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), at sentencing this Preliminary Order of Forfeiture shall become final as to the defendant's and shall be made a part of the defendant's sentence and included in the judgment.

6. The United States further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceeding related to any third party petition claims field with respect to the forfeited property.

7. It is further **ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. If no claims are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the Department of Homeland Security and agents of the United States, or any duly authorized law enforcement

official, shall dispose of the property forfeited hereunder according to law.

**DONE AND ORDERED** at Miami, Florida this 15th day of Sept, 2008.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   AUSA Karen E. Moore (4 certified copies)